IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RENEE STEPHENS**,

        Plaintiff,

  v.

**NIKE, INC.**,

        Defendant.

No. 3:11-cv-00736-MO

JUDGMENT

**MOSMAN, J.**,

For the reasons stated on the record,

IT IS ORDERED AND ADJUDGED that defendant's motion for summary judgment [100] is GRANTED. Pending motions, if any, are DENIED AS MOOT.

DATED this   16th   day of November, 2012.

        /s/ Michael W. Mosman
        MICHAEL W. MOSMAN
        United States District Judge

1 – JUDGMENT